UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

05 JUN -3 AM 10: 20

SIGN_____
by DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VERSUS | : | CRIMINAL NO. 3:01CR00164-001-A |
| SHARON ROBINSON MCGUIRE | : | |

Custom Care Janitorial, L.L.C.
Garnishee

## ORDER

Considering the Motion to Dismiss Garnishment filed by the United States of America:

IT IS HEREBY ORDERED that the garnishment against Custom Care Janitorial, L.L.C., Garnishee, relating to defendant, Sharon Robinson McGuire, be and the same is hereby dismissed.

THUS DONE AND SIGNED at Baton Rouge, Louisiana, on this the 2d day of June, 2005.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE